

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ANTHONY WHITE, | § | No. 08-13-00095-CR |
| | § | |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN HABEAS CORPUS |
| | § | |
| | § | |

**MEMORANDUM OPINION**

Relator Anthony White has filed a petition for writ of habeas corpus with this Court.[1] However, this Court lacks original habeas corpus jurisdiction in criminal matters. *Dodson v. State*, 988 S.W.2d 833, 835 (Tex.App. – San Antonio 1999, no pet.); *Ex parte Hawkins*, 885 S.W.2d 586, 588 (Tex.App. – El Paso 1994, no pet.); *see also* TEX. CODE CRIM. PROC. ANN. art 11.05 (West 2005); TEX. GOV'T CODE ANN. § 22.221(d) (West 2004). Because Relator seeks habeas relief in a criminal matter, we lack jurisdiction to consider it. Accordingly, we dismiss Relator's habeas petition for want of jurisdiction.

---

[1] We previously considered a related case on a direct appeal filed by Relator that was transferred to us from the Fort Worth Court of Appeals. *See White v. State*, No. 08-11-00130-CR, 2012 WL 6681951, at *1 (Tex.App. – El Paso Dec. 21, 2012, no pet.) (mem. op., not designated for publication) (affirming appellant's conviction for the offense of aggravated assault on a public servant with a deadly weapon).

GUADALUPE RIVERA, Justice

April 30, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)